[No. 22235-0-I.   Division One.   April 10, 1989.]

PRESBYTERY OF SEATTLE, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-07034-4, Robert E. Dixon, J., entered

May 3, 1988. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Grosse, A.C.J., and Forrest, J.